1  JORDAN ETH (CA SBN 121617)
   Email:  JEth@mofo.com
2  ANNA ERICKSON WHITE (CA SBN 161385)
   Email:  AWhite@mofo.com
3  PHILIP T. BESIROF (CA SBN 185053)
   Email:  PBesirof@mofo.com
4  MARK R.S. FOSTER (CA SBN 223682)
   Email:  MFoster @ mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile:  415.268.7522

8  Attorneys for Defendants
   ZYNGA INC., MARK PINCUS, DAVID M. WEHNER,
9  MARK VRANESH, WILLIAM GORDON, REID
   HOFFMAN, JEFFREY KATZENBERG, STANLEY J.
10 MERESMEN, SUNIL PAUL, JOHN SCHAPPERT, and
   OWEN VAN NATTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, MARK VRANESH, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMEN, SUNIL PAUL, JOHN SCHAPPERT, OWEN VAN NATTA, GOLDMAN SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  12-cv-5065-CRB<br><br><br><br><br><br>**CLASS ACTION**<br><br>**STIPULATION DEFERRING RESPONSE DEADLINE**<br><br>**[CIVIL L.R. 6-1(a)]**<br><br><br>Judge:              Hon. Charles R. Breyer<br>Case Removed:  Sept. 28, 2012<br>Trial Date:         None Set |

STIPULATION DEFERRING RESPONSE DEADLINE
Case No.  12-cv-5065-CRB
sf-3201709

Pursuant to Civil Local Rule 6-1(a), all parties, through their undersigned counsel, hereby submit this Stipulation deferring Defendants' deadlines to respond to the complaint.

**RECITALS**

A. On or about August 1, 2012, Plaintiff Robert Reyes commenced a civil action in the Superior Court of the State of California for the County of San Francisco ("State Court"), captioned *Reyes v. Zynga Inc., et al.*, Case No. CGC-12-522876 (the "Reyes Action"). Mr. Reyes seeks to bring a class action on behalf of all persons or entities who acquired the common stock of Zynga Inc. ("Zynga") pursuant and/or traceable to a March 28, 2012 secondary public offering of Zynga common stock. He alleges that Defendants violated various provisions under the Securities Act of 1933.

B. On September 28, 2012 Defendants Zynga, Mark Pincus, David M. Wehner, Mark Vranesh, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, John Schappert, and Owen Van Natta (collectively, "Removing Defendants") removed this action to the United States District Court for the Northern District of California.

C. Defendants' responses to the complaint are presently due on October 5, 2012.

D. Plaintiff anticipates filing a Motion to Remand this action to State Court.

E. The parties believe that all Defendants' responses to the complaint should be deferred until after the Court decides on Plaintiff's anticipated Motion to Remand.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendants shall have no obligation to answer, move or otherwise respond to the complaint until after the Court's ruling on Plaintiff's anticipated Motion to Remand.

2. Counsel for Defendants will meet and confer with counsel for Plaintiff within 14 days after entry of the Court's order deciding the anticipated Motion to Remand to discuss a schedule for Defendants' response to the complaint, including their currently anticipated Motions to Dismiss.

3. Counsel for Defendants and counsel for Plaintiff will propose a schedule for the Court's approval within 5 days after their meet and confer process is completed.

4. This stipulation may not be used as evidence in support of or against any argument that may be raised in connection with the anticipated Motion to Remand or in connection with the parties' claims or defenses.

**IT IS SO STIPULATED.**

Dated: October 3, 2012

                                      MORRISON & FOERSTER LLP


By:    Anna Erickson White
         ANNA ERICKSON WHITE

Attorneys for Defendants
ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and OWEN VAN NATTA


SIMPSON THACHER & BARTLETT LLP


By:    Simona G. Strauss
         SIMONA G. STRAUSS

Attorneys for Defendants
MORGAN STANLEY & CO., LLC, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., and ALLEN & COMPANY LLC


CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP


By:    Francis A. Bottini, Jr.
      FRANCIS A. BOTTINI, JR.
      Attorneys for Plaintiff Robert Reyes

STIPULATION DEFERRING RESPONSE DEADLINE
Case No. 12-cv-5065-CRB
sf-3201709

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

**STIPULATION DEFERRING RESPONSE DEADLINES**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Anna Erickson White, Simona G. Strauss, and Francis A. Bottini, Jr. have concurred in this filing.

Dated: October 3, 2012           MORRISON & FOERSTER LLP

                                 By:  /s/  Mark R.S. Foster

STIPULATION DEFERRING RESPONSE DEADLINE
Case No.  12-cv-5065-CRB
sf-3201709