United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT REYES,

    Plaintiff,

v.

ZYNGA INC., ET AL.,

    Defendants.
_____/

No. C 12-05065 JSW

**ORDER DENYING STIPULATION**

The Court DENIES without prejudice the parties' joint stipulation regarding the briefing schedule on Plaintiff's motion to remand for failure to demonstrate good cause.

**IT IS SO ORDERED.**

Dated: November 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE