IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REYES, | |
|     Plaintiff, | No. C 12-05065 JSW |
| v. | |
| ZYNGA INC., ET AL., | **ORDER DENYING STIPULATION** |
|     Defendants. | |

The Court DENIES without prejudice the parties' joint stipulation regarding the briefing schedule on Plaintiff's motion to remand for failure to demonstrate good cause.

**IT IS SO ORDERED.**

Dated: November 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE